**Opinion issued November 7, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00905-CV

————————————

## IN RE NISSAN NORTH AMERICA, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Nissan North America, Inc. has filed a petition for writ of mandamus challenging the trial court's oral rulings denying relator's plea to jurisdiction and motion for summary judgment on the jurisdictional issue.[1] We **deny** the petition for writ of mandamus and dismiss relator's motion for emergency stay as moot.

---

[1]  The underlying case is *BSAG, Inc. and Bob Stallings Nissan of Baytown, Inc. v. Baytown Nissan, Inc., Burklein Family Limited Partnership, Nissan North America, Inc., and Frederick W. Burklein*, cause number 2013-38072, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.